NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MARQUIS JARVIS RIDDLE,  )
DOC# R50737,  )
   )
   Appellant,  )
   )
v.  )  Case No. 2D17-4538
   )
STATE OF FLORIDA,  )
   )
   Appellee.  )
   )

Opinion filed November 9, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico, Judge.

Marquis Jarvis Riddle, pro se.


PER CURIAM.

   Affirmed.


CASANUEVA, SALARIO, and ATKINSON, JJ., Concur.